**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____ Chapter 15

☐ Check if this an amended filing

Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. | Debtor's name | **Larisa Ivanovna Markus** |
| 2. | Debtor's unique identifier | **For non-individual debtors:**<br>☐ Federal Employer Identification Number ___<br>☐ Other ___. Describe identifier<br>**For individual debtors**<br>☐ Social Security Number: ___<br>☐ Individual Taxpayer Identification Number (ITIN): ___<br>☒ Other XXX-XXX-320 39. Describe identifier Individual Insurance Account Number used by Pension Fund of the Russian Federation. |
| 3. | Name of foreign representative(s) | **Yuri Vladimirovich Rozhkov** |
| 4. | Foreign proceeding in which appointment of the foreign representative(s) occurred | **Proceeding in Moscow Arbitration Court, Russia (Federal Law № 127-FZ "On Insolvency (Bankruptcy)")** |
| 5. | Nature of the foreign proceeding | *Check one:*<br>☐ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☒ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | Evidence of the foreign proceeding | ☒ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>_____ |
| 7. | Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending).<br>☒ Yes |

| | | |
|---|---|---|
| 8. | **Others entitled to notice** | Attach a list containing the names and addresses of: |
| | | (i)  all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

---

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Russian Federation

**Debtor's registered office:**

_____
P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code

_____
Country

**Individual debtor's habitual residence:**

Moscow, 123056, st. Zoologicheskaya, 26, Building 1, Apt. 24
P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code

Russian Federation
Country

**Address of foreign representative(s):**

P.O. Box 194, Moscow, 109147
P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code

Russian Federation
Country

---

**10. Debtor's website** (URL)   _____

---

**11. Type of debtor**

*Check one:*

☐ Non-individual (*check one*):

  ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ☐ Partnership

  ☐ Other.
    Specify: _____

☒ Individual

---

**12. Why is the venue proper in *this district*?**

*Check one:*

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☒ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district.

*HSBC Bank USA, N.A. v. LM Realty 31B, LLC et al.,* Case No 850323/2018 pending in the Supreme Court of the State of New York;

*BG ATLANTIC, INC. v. Larisa Markus,* Case No 655892/16, Supreme Court of the State of New York, judgement entered on September 1, 2017

☒ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

Debtor owns assets located in New York: shares of a corporation registered in New York. Also, Blank Rome LLP, as my counsel, holds an unapplied retainer that I transferred to Blank Rome LLP for the benefit of Ms. Markus' estate, in a bank account in New York City. Any unused portion of the retainer belongs to, and will be turned over to, the estate. The unapplied retainer constitutes property of Ms. Markus' estate.

---

**13. Signature of foreign representative(s)**

I request relief in accordance with the chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

X _____
Signature of foreign representative

Yuri Vladimirovich Rozhkov
Printed name

Executed on  1 / 10 / 2019
            MM / DD / YYYY

X _____
Signature of foreign representative

Printed name

Executed on _____
           MM / DD / YYYY

14. Signature of attorney

X _____
Signature of Attorney for foreign representative

Date  01 / 09 / 2019
      MM / DD / YYYY

Ira L. Herman
Printed name

Blank Rome LLP
Firm name

The Chrysler Building
405 Lexington Avenue
New York, NY
Number, Street, City, State & ZIP Code

(212) 885-5000
Contact phone

iherman@blankrome.com
Email address

130502   New York
Bar number and State