**BLANK ROME LLP**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 885-5000
Ira L. Herman
Philip M. Guffy

*Attorneys for Yuri Vladimirovich Rozhkov*
*in his Capacity as Trustee and Foreign*
*Representative for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re:

      **LARISA MARKUS**,                          Chapter 15

                                              Case No. 19-10096 (  )

            Debtor in a Foreign Proceeding.
----------------------------------------------------------------x

**DECLARATION OF**
**YURI VLADIMIROVICH ROZHKOV IN SUPPORT OF VERIFIED PETITION**

I, Yuri Vladimirovich Rozhkov, pursuant to 28 U.S.C. § 1746, hereby declare under penalty

of perjury as follows:

1.      I am the trustee and foreign representative in connection with the insolvency case

of Larisa Markus pending in the in Moscow Arbitrazh Court, Russia, under Federal Law No. 127-

FZ "On Insolvency (Bankruptcy)".  I have the full authority to verify this petition.

2.      I have read the foregoing petition, and I am informed and believe that the factual

allegations contained therein are true and accurate.

3.      I declare under penalty of perjury under the laws of the United States of America that

the foregoing is true and correct.

Executed this 10тн day of January, 2019.

Yuri Vladimirovich Rozhkov
*Trustee and Foreign
Representative for the Debtor*