**BLANK ROME LLP**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 885-5000
Ira L. Herman
Philip M. Guffy

*Attorneys for Yuri Vladimirovich Rozhkov*
*in his Capacity as Trustee and Foreign*
*Representative for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:

    **LARISA MARKUS**,

    Debtor in a Foreign Proceeding.
---------------------------------------------------------------x

Chapter 15

Case No. 19-10096 (   )

## LISTS AND STATEMENTS FILED
## PURSUANT TO BANKRUPTCY RULE 1007(a)(4)

Yuri Vladimirovich Rozhkov (the "Foreign Representative"), the financial administrator and foreign representative of Larisa Markus (the "Debtor" or "Ms. Markus") in Ms. Markus' pending insolvency proceeding in the Russian Federation, hereby files the following statements and lists in accordance with Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure of the United States, which provides:

> In addition to the documents required under § 1515 of the Code, a foreign representative filing a petition for recognition under chapter 15 shall file with the petition: (A) a corporate ownership statement containing the information described in Rule 7007.1; and (B) unless the court orders otherwise, a list containing the names and addresses of all persons or bodies authorized to administer foreign proceedings of the debtor, all parties to litigation pending in the United States in which the debtor is a party at the time of the filing of the petition, and all entities against whom provisional relief is being sought under § 1519 of the Code.

Fed. R. Bankr. P. 1007(a)(4).

**Corporate Ownership Statement:**

To be provided at a later date, as upon information and belief, the Debtor has interests in no fewer than ten entities.  Such interests are to be determined after discovery is obtained by the Foreign Representative regarding the relationship pf the Debtor to such entities.

**Custodian in the Foreign Proceeding Respecting Debtor:**

Yuri Vladimirovich Rozhkov
PO Box 194
Moscow
109147
Russian Federation

**Litigation Parties in the United States:**

The following litigations affecting the Debtor are pending in the United States:

- *40 Broad Street Portfolio, LLC v. LM Realty 20A, LLC et al.*, Case No 850252/2017, pending in the Supreme Court of the State of New York;

- *40 Broad Street Portfolio, LLC v. LM Realty 23H, LLC et al.*, Case No 850253/2017, pending in the Supreme Court of the State of New York*;*

- *40 Broad Street Portfolio, LLC v. LM Realty 24C, LLC et al.*, Case No 850254/2017, pending in the Supreme Court of the State of New York;

- *10WEA Realty, LLC v. LM Realty 10C, LLC et al*., Case No 850159/2018, pending in the Supreme Court of the State of New York*;*

- *HSBC Bank USA, N.A. v. LM Realty 31B, LLC et al.*, Case No 850323/2018*,* pending in the Supreme Court of the State of New York.

**Entities Against Whom Provisional Relief is Sought Under 11 U.S.C. § 1519:**

As of the date hereof, the Foreign Representative has not filed a motion seeking provisional relief.  The Foreign Representative reserves its right to seek provisional relief at a later date.

I, Yuri Vladimirovich Rozhkov, hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States of America that the information set forth above is, to the best of my knowledge, information and belief, complete and correct.

Executed on January 10, 2019

Yuri Vladimirovich Rozhkov
*Trustee and Foreign*
*Representative for the Debtor*