**Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re:

       **LARISA MARKUS**,

       Debtor in a Foreign Proceeding.
----------------------------------------------------------------x

Chapter 15

Case No. 19-10096 (   )

### ORDER SCHEDULING HEARING ON VERIFIED CHAPTER 15 PETITION AND SPECIFYING FORM AND MANNER OF SERVICE OF NOTICE OF HEARING

Upon the motion (the "Motion")[1] of Yuri Vladimirovich Rozhkov (the "Foreign Representative"), the trustee and foreign representative of Larisa Markus (the "Debtor" or "Ms. Markus") in Ms. Markus' pending insolvency proceeding (the "Russian Insolvency Proceeding") under the Federal Law № 127-FZ "On Insolvency (Bankruptcy)" (the "Russian Bankruptcy Law"), for entry of an order scheduling a hearing on the chapter 15 petition and specifying the form and manner of service of notice of the hearing; it is hereby:

**ORDERED**, that the form of the Notice attached as Exhibit B to the Motion is hereby approved; and it is further

**ORDERED**, that copies of the Notice, the Petition and the documents filed in support thereof (collectively, the "Service Documents") shall be served by United States mail, first-class postage prepaid within seven days of entry of this Order, upon the Chapter 15 Notice Parties in accordance with Rules 1010 and 7004(a) and (b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") at their last known addresses; and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**ORDERED**, that within twenty days of entry of this Order, the Foreign Representative shall publish: (i) the Notice and Petition, translated into Russian, in the Unified Federal Register of Bankruptcy Data, in accordance with Russian Bankruptcy Law, to provide notice to creditors, and (ii) the Notice, translated into Russian, in the "Kommersant" newspaper; and it is further

**ORDERED**, that service of the Service Documents in accordance with this Order, is hereby approved as adequate and sufficient notice, and service of the Service Documents on all interested parties; and it is further

**ORDERED**, that a hearing (the "Hearing") on the relief sought in the Petition as well as responses or objections, if any, to the Service Documents shall be held on **[_____]**, **at _:00 _.m. New York time** (the "Hearing Date"), or as soon thereafter as counsel shall be heard, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004; and it is further

**ORDERED**, that responses or objections, if any, to the Service Documents must be in writing describing the basis therefore and shall be filed with the Court electronically in accordance with General Order M-242 by registered users of the Court's electronic case filing system, and by all other parties in interest, on a CD-ROM, preferably in Portable Document Format (PDF), Word Perfect or any other Windows-based word processing format, with two hard copies to the United States Bankruptcy Judge, and served upon Blank Rome LLP, 405 Lexington Avenue, New York, New York 10174 (Attention: Ira L. Herman and Philip M. Guffy), United States counsel to the Foreign Representative, so as to be received on or before 4:00 p.m. New York time on **[_____]**; and it is further

**ORDERED**, that replies in support of the relief sought in the Petition shall be filed with the Court on or before 4:00 p.m. New York time on **[_____]**; and it is further

**ORDERED**, that the Hearing may be adjourned from time to time without notice other than an announcement in open court at the Hearing or the adjourned date of the hearing; and it is further

**ORDERED**, that all notice requirements specified in section 1514(c) of Bankruptcy Code not incorporated herein are otherwise waived; and it is further

**ORDERED**, that service pursuant to this Order shall be good and sufficient service and adequate notice of the hearing to consider the Petition and the Foreign Representative's request for an order granting recognition of the foreign proceeding as a "foreign main proceeding" and for other appropriate relief, including imposition of the automatic stay.

Dated: New York, New York
       January___, 2019

                                            UNITED STATES BANKRUPTCY JUDGE