THE LAW OFFICES OF DANIEL A. SINGER PLLC
630 THIRD AVENUE, 18TH FLOOR
NEW YORK, NEW YORK 10017

TEL: (212) 569-7853
FAX: (212) 683-8332

EMAIL: INFO@DASINGERLAW.COM
WWW.DASINGERLAW.COM

May 29, 2019

By ECF
The Honorable Mary Kay Vyskocil
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, New York, New York 10004-1408

Re:   In re:
      Foregn Economic
      Industrial Bank Limited,
      "VNESHPROMBANK" Ltd.
      Case No. 16-13534 (the "Bank Action")/
      In re:
      Larisa Mara Markus
      Case No. 19-10096-MKV (the "LM Action")

Dear Judge Vyskocil:

Following from our conference today in the above-referenced matters and pursuant to the Order filed as docket no. 87 in the Bank Proceeding and docket no. 57 in the LM Action, I have been advised that monies pertaining to the sale of the referenced property in the United Kingdom are currently in the Larisa Marcus Revocable Trust Account at Chase and in an account titled to 550 Park Avenue, LLC at Citibank.

Respectfully submitted,

Daniel A. Singer

cc: all counsel by ECF

1