**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
In re:

                                 Chapter 15

**LARISA MARKUS,**

                                 Case No. 19-10096 (MG)

              Debtor in a Foreign Proceeding.
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Howard W. Kingsley, an attorney admitted to practice in the State of New York, hereby certify that:

On August 20, 2019, I have caused service of the DECLARATION (A) PURSUANT TO THE COURT'S AUGUST 6, 2019 ORDER, AND (B) IN FURTHER SUPPORT OF ROSENBERG & ESTIS, P.C.'S MOTION TO WITHDRAW AS COUNSEL, by electronic filing with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic filing to all parties with an e-mail address of record, who have appeared and consent to electronic service in this action.

In addition, a copy of the same documents was served by depositing in the sole care and custody of the United States Postal Service within the State of New York, a sealed prepaid envelope, addressed to the following:

                     The Larisa Markus Revocable Trust
                     The Larmar Foundation
                     LM Realty 24C, LLC
                     LM Realty 23H, LLC
                     LM Realty 20A, LLC
                     LM Realty 31B, LLC
                     LM Realty 27D, LLC
                     LM Realty 18 West, LLC
                     LM Realty 10C, LLC
                     LM Property Management LLC
                     Protax Services, Inc.
                     Protax Services Consulting, Inc.
                     First Integrated Construction, Inc.

Innovative Construction Group, Inc.
c/o Ilya Bykov
2 Rector Street, Suite 1202
New York, New York 10006

Dated:   New York, New York
             August 20, 2019

/s/ Howard W. Kingsley
Howard W. Kingsley

- 2 -